AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 11, 2024

SEAN F. McAVOY, CLERK

DOUGLAS DEAN SCYPHERS,

*Petitioner*

v.

MELISSA ANDREWJESKI,

*Respondent*

Civil Action No. 2:23-cv-0181-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Petition for Writ of Habeas Corpus, ECF No. 1-1, is DISMISSED WITH PREJUDICE as untimely and pursuant to Habeas Rule 4.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice

Date: 3/11/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams

*(By) Deputy Clerk*

Lee Reams